**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

EVL PRODUCTIONS, INC., d/b/a EVL WORLD,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-12218

Judge Elaine E. Bucklo

Magistrate Judge Jeffrey T. Gilbert

**STATUS REPORT**

Pursuant to Minute Entry Order [19], Plaintiff, EVL PRODUCTIONS, INC., d/b/a EVL WORLD, ("Plaintiff"), files this status report solely on behalf of Plaintiff regarding the status of service of process and settlement discussions.

On December 2, 2025, Plaintiff properly served all Defendants in this case pursuant to paragraph 7 of the Temporary Restraining Order [20]. A summons returned executed was filed on that same day. [31]. On December 8, 2025, this Court entered an order for Preliminary Injunction. [33].

Plaintiff intends to file a motion for entry of default and default judgment against the defendants who remain in this case in the coming days.

DATED:  December 29, 2025                          Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com
***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 29, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt