# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EVL PRODUCTIONS, INC. d/b/a EVL WORLD, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 25-cv-12218 <br><br> **Judge Elaine E. Bucklo** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on <u>Friday, January 2, 2026 at 9:45 AM</u>, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Elaine E. Bucklo or any judge sitting in her stead in Courtroom 2243 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motions:

1) Defendants' Unopposed Motion for Extension of Time to Respond to the Complaint [Doc. 36].

Respectfully submitted this 30th day of December, 2025.

*/s/ William J. Hausman*
Bar No. 6353083
Ford Banister LLC
305 Broadway - Floor 7
New York NY 10007
Telephone: +1 (212) 500-3268
Fax: +1 (212) 500-3269
Email: whausman@fordbanister.com
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed on December 30, 2025 with the Clerk of Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ William J. Hausman*
Bar No. 6353083
Ford Banister LLC
305 Broadway - Floor 7
New York NY 10007
Telephone: +1 (212) 500-3268
Fax: +1 (212) 500-3269
Email: whausman@fordbanister.com
*Attorney for Defendants*