# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

EVL PRODUCTIONS INC., d/b/a EVLWORLD,

   Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

   Defendants.

Case No.: 1:25-cv-12218

Judge Elaine E. Bucklo

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 5 | Maryia |
| 8 | SHILISTORE prime days 2024 |
| 13 | DASAYO fashion store |
| 14 | Mxu-CHhes |
| 18 | Ceboyel Boutique |
| 19 | Black Friday Day Deals-WJDNHKYD |
| 20 | ZDRZK Direct Online |
| 22 | MSDMYony |
| 24 | FULILYEO-7-20 Days Delivery |
| 25 | FJM-store |
| 32 | Suncolour |
| 33 | Prime Day Deals Today 2024（7-12 days delivery） |
| 35 | Black Friday Deals 2024 Christmas Sale ➤6-12 days↘ |
| 36 | QQQQQQQ1 |
| 39 | Hulpvktsgiq |
| 41 | Black Friday Deals ★ ★ ★ ★ ★ PETCDIM |
| 42 | Diyimean |
| 45 | black friday deals 2024,black friday deals women |
| 50 | meisly |

| | |
|---|---|
| 56 | JooMeryer |
| 58 | NaRHbrg Fashion |
| 62 | uiyhsds |
| 64 | Wdsgeg |
| 66 | NoxwB |
| 67 | Muscularfit US |
| 72 | JIRNDf |
| 79 | Biysah |
| 81 | fartey |
| 82 | OKSALE |
| 83 | hgsbede |
| 86 | JDEFEG Clothing |
| 87 | 2DXuixsh Clothing |
| 93 | CF TQWQT |
| 101 | Hvyesh |
| 102 | DDAPJ pyju Winter Fashion |
| 104 | IROINNID |
| 105 | Herrnalise |
| 107 | QQAMB Co.Ltd |
| 108 | Xysaqa |
| 109 | BONIXOOM underwear clearance |

DATED: January 9, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 9, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                    */s/ Keith A. Vogt*
                                                    Keith A. Vogt