IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EVL PRODUCTIONS, INC., d/b/a EVLWORLD, | |
| Plaintiff, | Case No.: 1:25-cv-12218 |
| v. | Judge Elaine E. Bucklo |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN FIRST AMENDED SCHEDULE A**

Plaintiff hereby moves this Honorable Court for entry of Default and Default Judgment against the Defendants Identified in the First Amended Schedule A.

Plaintiff files herewith a Memorandum of Law in support.

DATED: January 16, 2026                    Respectfully submitted,

                                           */s/ Keith A. Vogt*
                                           Keith A. Vogt
                                           FL Bar No. 1036084/ IL Bar No. 6207971
                                           Keith A. Vogt PLLC
                                           1820 NE 163rd Street, Suite #306
                                           North Miami Beach, Florida 33162
                                           Telephone: 312-971-6752
                                           E-mail: keith@vogtip.com

                                           ***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 16, 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to any e-mail addresses provided for Defendants by third parties that includes a link to said website.

      /s/ *Keith A. Vogt*
      Keith A. Vogt, Esq.